UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KRISTEN ELIZABETH WAGNER,

    Petitioner,

v.                                                 Case No. 3:23cv23972-LC-HTC

RICKY D. DIXON,

    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on August 14, 2024 (ECF No. 12) recommending Petitioner's habeas petition (ECF No. 1) be denied without an evidentiary hearing. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

2.     The petition under 28 U.S.C. § 2254 (ECF Doc. 1) is DENIED.

3. A certificate of appealability is DENIED.

4. The clerk shall close the file.

**DONE AND ORDERED** this 3rd day of September, 2024.


*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**